UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Joel D. King, | ) | CASE NO. 1:16 CV 590 |
| | ) | |
| Plaintiff, | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| Vs. | ) | |
| | ) | |
| Forest River, Inc., *et al.*, | ) | **Transfer Order** |
| | ) | |
| Defendants. | ) | |

    This Court, having GRANTED Defendants' Motion to Transfer Venue to the Northern District of Indiana, or Alternatively, to Dismiss Plaintiff's Complaint for Improper Venue (Doc. 8), hereby transfers this matter to the Northern District of Indiana.

    IT IS SO ORDERED.

     /s/ Patricia A. Gaughan
    PATRICIA A. GAUGHAN
    United States District Judge

Dated: 6/29/16